UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MGM ELITE TRUCKING LLC,
a Florida company, DSM LEGACY LLC, a
New Hampshire company, MO7 HOLDINGS
LLC, a Florida company, and PLANT GREAT
SEEDS LLC, a Florida company,

    Plaintiffs,

vs.                                        Case No.: 25-CV-01507-TPB-NHA

AKL TRANSPORT LLC,
a Georgia company, SOUTHERN TRUCK
LEASING LLC, a Georgia company, and
KRISTOPHER A. LUNSFORD,

    Defendants.
_____/

**PLAINTIFF, MGM ELITE TRUCKING LLC'S**
**VERIFIED MOTION TO REOPEN THE ACTION**

    COMES NOW, MGM ELITE TRUCKING LLC ("MGM"), by and through its undersigned counsel, and hereby files this Verified Motion to Reopen the Action pursuant to Fed. R. Civ. P. 60(b) and in support states as follows:

**BACKGROUND/PROCEDURAL HISTORY**

    1.    On June 10, 2025, Plaintiffs filed their Complaint against individual Defendant Lunsford and his business entities that outlined systemic fraud by Lunsford that caused over $1M in actual damages. The action was initiated in federal court due to diversity jurisdiction.

2. On September 18, 2025, Plaintiffs filed an Amended Complaint with similar facts/causes of action.

3. On October 30, 2025, and prior to the filing of Defendants' responses to the Amended Complaint, Plaintiffs' counsel filed a Notice of Voluntary Dismissal without prejudice. At no time did the Plaintiff MGM desire to terminate the subject proceeding. MGM was put in severe financial distress as a result of the Defendants' wrongdoing outlined in the Amended Complaint which led to them losing their prior counsel.

4. Plaintiff MGM seeks relief from the Order dismissing the case.

## MEMORANDUM OF LAW

This Court has the discretion to reopen this case pursuant to Rule 60(b) so long as the motion and terms are just. *Waetzig v. Halliburton Energy Servs., Inc.*, 145 S. Ct. 690, 700 (2025) ("a Rule 41(a) voluntary dismissal without prejudice counts as a 'final proceeding' under Rule 60(b). When the requirements of Rule 60(b) are satisfied, a district court may relief a party from such a dismissal and reopen the case.") Rule 60(b) provides in pertinent part as follows:

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
> …
> (6) any other reason that justifies relief.

A "mistake" is one of the bases for relief under Rule 60(b)(1). *Tundell v. Merck & Co.*,

2008 WL 2385508, at *2 (N.D. Fla. June 9, 2008).

MGM seeks this case be reopened pursuant to 60(b)(1)&(6). MGM's prior counsel in this action, John Thornton, was also representing MGM in a factually related state court action *STG Procuctions, Inc. et al., v. MGM Elite Trucking LLC, Case No. 2025 CA 003362 NC in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida*. Mr. Thornton withdrew on October 23, 2025 as its counsel in the state court proceeding after filing MGM's initial response to the state court complaint. Instead of withdrawing from the subject case, a notice of dismissal was filed. The owner representatives of MGM who were communicating with Mr. Thornton were informed that this action needed to be dismissed and that it could be reopened upon it retaining new counsel. As such, the dismissal was based on a mistaken belief of MGM as MGM believed that the case was required to be dismissed and would be automatically reopened should it retain new counsel. At all times material hereto, MGM has desired to continue with its claims against the Defendants in this action and vacating the dismissal in this case is proper under Rule 60(b)(1)&(6). Additionally, the very reason MGM lost its prior counsel was due to the Defendant's wrongdoing causing it severe financial distress and an inability to pay the fees of its prior counsel. Because the financial distress was caused by Defendant, it is just for the case to be reopened under subsection (6).

MGM makes this Motion within a reasonable time under Rule 60(c) as it is less than two months following the date of the Order dismissing the case. Following such dismissal and the withdrawal of MGM's attorney in the state court action, MGM

diligently sought and retained counsel to represent it in both actions. The claims identified in the Amended Complaint that was filed in this action properly state causes of action and are supported by evidence that the undersigned believes will provide MGM with a significant probability of success in this action. Additionally, reopening the action does not result in any significant prejudice to the Defendants as the action as the case was voluntarily dismissed by the Plaintiffs less than two months ago and prior to the parties engaging in significant litigation or discovery.

Should MGM not be permitted to reopen this case, it will suffer prejudice in the form of having to restart its entire action against the Defendants and to reserve them. It is anticipated that due to Lunsford being subject to an active federal investigation and moving around the country while laundering millions of dollars from numerous victims, he will attempt to evade service of process should a second action have to be filed.

WHEREFORE, Plaintiff, MGM respectfully requests this honorable Court grant this Motion, reopen this case and impose modified case management deadlines or directly the parties to do so within a reasonable period of time, and any such further relief as this Court deems just.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the Plaintiff hereby submits that, pursuant to Local Rule 3.01(g), the undersigned conferred with counsel for the Defendant via video meeting on January 8, 2026, regarding the relief sought in this motion and that counsel for the Defendant objects to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2026, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF.

        **THE CAHALL LAW FIRM, PLLC**
        1909 Manatee Avenue East
        Bradenton, Florida 34208
        P: (941) 281-2019

        */s/ Don R. Cahall*

        _____
        **Don R. Cahall**
        Florida Bar No. 110578
        **Kristina Roberts**
        Florida Bar No. 118882
        E-mail: don@cahalllawfirm.com
        kristina@cahalllawfirm.com
        *Attorneys for the Plaintiff MGM*

## VERIFICATION

Under penalty of perjury, I, ___Sarah Mosnier___, declare that I have read the foregoing Verified Motion to Reopen the Action and that the facts stated in it are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_Sarah Mosnier_
MGM ELITE TRUCKING LLC
Name: Sarah Mosnier
Title: CEO

STATE OF ___Florida___
COUNTY OF ___Manatee___

The foregoing was sworn before me this 29th day of ___December___, 2025, by _____, by means of [X] physical presence or ___ online notarization, who is personally known to me or who did produce ___DL___ as identification and who did take an oath.

WITNESS my hand and official seal this 29th day of ___December___ 2025.

Notary Public State of Florida
Jessica A. Kvapil
My Commission
HH 279849
Exp. 6/23/2026

_Jessica Kvapil_
NOTARY PUBLIC
My commission expires: 6/23/26

Page 5 of 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2025, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF.

**THE CAHALL LAW FIRM, PLLC**
1909 Manatee Avenue East
Bradenton, Florida 34208
P: (941) 281-2019

*/s/ Don R. Cahall*

---

**Don R. Cahall**
Florida Bar No. 110578
**Kristina Roberts**
Florida Bar No. 118882
E-mail: don@cahalllawfirm.com
kristina@cahalllawfirm.com
*Attorneys for the Plaintiff MGM*